AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Mississippi

*FILED Jun 18 2024 — Arthur Johnston, Clerk — United States District Court, Southern District of Mississippi*

| United States of America | ) |
|---|---|
| v. | ) |
| Nestor Marcelo Campos-Ramenthol | ) |

Case No: 1:19cr107LG-RPM-005
USM No: 19830-034

Date of Original Judgment: 11/19/2020
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Abby Brumley Edwards
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/19/2020 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6/18/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Louis Guirola, Jr., U.S. District Judge
*Printed name and title*